UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  Hon. DOUGLAS E. ARPERT
   v.

                                    Mag. No. 22-6021(DEA)

MICHAEL LARBI
                                    ORDER

This matter having come before the Court by application of the Defendant Michael Larbi, (by Adam Axel, Assistant Federal Public Defender), with the consent of the Government (by Eric Suggs), and pretrial services (by Todd Jones), the parties hereby consent to an Order modifying conditions of release:

IT IS on this 15th day of December, 2023,

ORDERED that Defendant's conditions of release be amended to remove the condition of a curfew enforced with location monitoring. All other conditions to remain the same.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE